# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | 4:06CR00179-001 SWW | |
| | 4:08CR00318-001 SWW | |
| TADRIAN JONES-CASEY | | DEFENDANT |

## ORDER

The defendant appeared before the Court to enter a guilty plea in 4:13CR00338-001 SWW on November 19, 2013. The Court granted defendant's oral motion to continue revocation hearing previously scheduled November 19, 2013 in order to reschedule these revocation matters at the time of sentencing in 4:13CR00338-001. The government has no objection to the continuance.

IT IS THEREFORE ORDERED that the supervised release revocation hearing in the above-styled cases will be rescheduled at the time of sentencing in 4:13CR00338-001 SWW.

DATED this 20th day of November 2013.

/s/Susan Webber Wright
United States District Judge