# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.             NO. 4:06CR00179-001 SWW

TADRIAN JONES-CASEY

## ORDER

The above entitled cause came on for hearing on government's petition [doc #62] to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TEN (10) MONTHS** in the custody of the Bureau of Prisons to run consecutively to the sentence imposed on February 24, 2014 in 4:13CR00338 SWW. The Court recommends that defendant be incarcerated at FCI Texarkana, TX.

There will be **FOURTEEN (14) MONTHS** of supervised release to run concurrently to the term of supervised release imposed February 24, 2014 in 4:13CR00338-001 SWW following the term of incarceration and shall include the following special conditions:

    1. Remainder of the restitution in the amount of $17,329.44 is mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to him. During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release. The

interest requirement is waived.

2. Defendant shall follow all standard and previously imposed conditions of supervised release.

The defendant is remanded to the custody of the U. S. Marshal Service to begin the service of the sentence imposed.

IT IS SO ORDERED this 26th day of February 2014.

/s/Susan Webber Wright

United States District Judge